JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANYANG ZHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. CV 24-5817 FMO (Ex)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    The court has received and reviewed plaintiff's Motion to Dismiss ("Motion"), filed on September 19, 2024, in which plaintiff seeks to dismiss the case without prejudice. (See Dkt. 13, Motion at 1).

    A plaintiff may dismiss his or her complaint without an order of the court by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

    At this time, defendants have not filed an answer or a motion for summary judgment. Accordingly, plaintiff may dismiss the Complaint, without an order of the court, simply by filing a notice of dismissal. The court, therefore, will construe plaintiff's Motion as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff's "Motion to Dismiss" is **construed** as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

2. This action is deemed **dismissed without prejudice by operation of law**. The Clerk shall close the case and serve copies of this Order on the parties.

Dated this 23rd day of September, 2024.

/s/
Fernando M. Olguin
United States District Judge